# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>vs.<br>DAVID PRATT,<br><br>                            Defendant. | CASE NO. 07CR321WQH<br><br>ORDER |

Hayes, Judge:

   The matter before the Court is the Motion to Review Sentence and add to Current Sentence pursuant to 18 U.S.C. § 3742 filed by the Defendant David Pratt. (Doc. # 32).

   On June 6, 2007, this Court entered a Judgment committing the Defendant to the custody of the United States Bureau of Prisons to be imprisoned for a term of eighteen (18) months. Defendant moves the Court pursuant to 18 U.S.C. § 3742 to amend the judgment "to add that a mandatory six month CCC/Half-way House/Re-Entry Residential Program be included in the sentencing of the 18 month sentence imposed." (*Id*. at 4). Defendant contends that he is entitled to seek CCC placement at any point during his period of incarceration pursuant to 18 U.S.C. § 3621(b).

## RULING OF THE COURT

   This Court has no jurisdiction to correct or modify criminal judgment at this stage in the proceedings. *See,* Rule 35(a) of the Federal Rules of Criminal Procedure. Pursuant to 18

1  U.S.C. Section 3742(a) the Defendant may file a notice of appeal in the district court to obtain
2  review by the court of appeals of the sentence imposed.  This statute does not authorize the
3  district court to correct or modify a judgment upon motion of the Defendant.

4  While the Defendant is entitled to file a motion in the sentencing court pursuant to 28
5  U.S.C. § 2255 "claiming the right to be released upon the grounds that the sentence was
6  imposed in violation of the Constitution or laws of the United States," the Court will not
7  construe this motion as a motion pursuant to 28 U.S.C. § 2255.  The motion filed by the
8  Defendant does not rely upon 28 U.S.C. § 2255 or claim that the sentence imposed violates the
9  Constitution or the laws of the United States.  In addition, the plea agreement provided for a
10 waiver of "any right to appeal or to collaterally attack the conviction and sentence." (Doc. #
11 11 at 10.)  To the extent that the Defendant seeks to challenge the Bureau of Prisons
12 regulations limiting placement in community corrections center through a writ of habeas
13 corpus pursuant to 28 U.S.C § 2241, the petition must be filed in the district court wherein the
14 person is in custody.

15 IT IS HEREBY ORDERED that the Motion to Review Sentence and add to Current
16 Sentence pursuant to 18 U.S.C. § 3742 filed by the Defendant David Pratt (Doc. # 32) is
17 denied.

18 DATED: August 2, 2007

_____
**WILLIAM Q. HAYES**
United States District Judge