UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR321-WQH |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| **DAVID BOSWELL PRATT**, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Motion for early termination of supervised release filed by Defendant, David Boswell Pratt, is DENIED.

DATED: November 20, 2009

_____
**WILLIAM Q. HAYES**
United States District Judge